IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ROBERT J. MEIZLIK,

       Petitioner,

v.                                   Case No. 5D16-1624

STATE OF FLORIDA,

       Respondent.
_____/

Opinion filed June 17, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Meizlik, Doral, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order denying motion for post-conviction relief rendered October 9, 2015, in Case No. 2006-CF-184, in the Circuit Court in and for St. Johns County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

TORPY, COHEN, EDWARDS, JJ., concur.